IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABRINA WEBB,

    Plaintiff,

vs.                                        CASE NO.: 4:05cv184-SPM

DASSEE COMMUNITY HEALTH
SYSTEMS, LLC.,

    Defendant.
_____/

## ORDER EXCUSING PARTIES FROM MEDIATION

Pending before the Court is Defendant's Motion for Protective Order (doc. 23), which the Court construes as a motion to be excused from mediation. Defendant explains that its assets have been frozen pursuant to a court order issued in case number 06-63-CAA, Gadsden County, Florida. As a result, Defendant has no funds available to pay the mediator or to make a settlement offer. Plaintiff does not oppose.

Under the circumstances, it does not appear that mediation would be useful at this time. The parties may, however, be ordered to mediate if the assets are freed. Accordingly, it is

ORDERED AND ADJUDGED:

1.    Defendant's motion (doc. 23) is granted.

      2.      Defendant shall advise the Court in writing when the assets are freed.

DONE AND ORDERED this 27th day of February, 2006.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge