IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABRINA WEBB,

    Plaintiff,

vs.                                           CASE NO.: 4:05cv184-SPM

DASSEE COMMUNITY HEALTH
SYSTEMS, LLC.,

    Defendant.
_____/

## ORDER DIRECTING PARTIES TO PROVIDE STATUS REPORT

       This cause comes before the Court on the Court's own motion. Trial in this case is scheduled for May 22, 2006. It is unclear, however, whether the parties are in a position to proceed to trial since Defendant's assets have been frozen (doc. 23). The parties, moreover, have not yet mediated. Accordingly, it is

       ORDERED AND ADJUDGED that on or before April 21, 2006 the parties shall file a written status report regarding the defense of this case and the likelihood of disposition through settlement, default, or trial.

       DONE AND ORDERED this 14th day of April, 2006.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           United States District Judge