IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABRINA WEBB,

    Plaintiff,

vs.                              CASE NO.: 4:05cv184-SPM

DASSEE COMMUNITY HEALTH
SYSTEMS, LLC,

    Defendant.
_____/

**ORDER ALLOWING WITHDRAWAL AND NOTICE OF POTENTIAL DEFAULT**

       This cause comes before the Court on the Response of Edward W. Horan P.A. to Order to Show Cause and Motion to Allow Withdrawal (doc. 35), the Defendant's Response to Order to Show Cause (doc. 36), and the Motion to Withdraw (doc. 37) by attorney Harold S. Richmond.

       In these documents, the defendant, Dasee Community Health Systems, LLC, and its defense lawyers explain that the defendant is no longer in business, has no assets, and does not have sufficient funds to file a bankruptcy petition. The defendant is no longer able to pay for representation and consents to the withdrawal of Edward W. Horan P.A. and Harold H. Richmond.

       As a limited liability company, the defendant can only participate in this case through a lawyer. See Energy Lighting Management, LLC v. Kinder, 363

F.Supp. 1331, 1332 (M.D. Fla. 2005) (a limited liability company must have a lawyer to represent it in litigation).  Without representation by a lawyer, defendant cannot appear for trial and will be unable to comply with the Court's pretrial orders (see docs. 31, 16, and 23) and the requirement for mediation, which are in place to effect the orderly administration of this case.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The motion to withdraw (doc. 35) of Edward W. Horan P.A. is granted.

2. The Motion to Withdraw (doc. 37) by attorney Harold S. Richmond is granted.

3. To proceed to trial in this case, on or before May 8, 2006, Defendant must effect the filing of a notice of appearance by an attorney to represent it in this case.

4. The deadline for filing the pretrial stipulation is extended to May 8, 2006.

5. Defendant is advised that failure to effect the filing of a notice of appearance by an attorney and failure to file the pretrial stipulation will result in the striking of Defendant's pleadings and an entry of default as to liability against Defendant.

DONE AND ORDERED this 3rd day of May, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge