UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABRINA WEBB,

    Plaintiff,

v.                                 Case No.: 4:05cv00184-SPM/AK

DASSEE COMMMUNITY HEALTH
SYSTEMS LLC,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR ORDER DISMISSING CASE**

Plaintiff seeks an order dismissing this case, and says that she has further discussed this case and recent developments with her counsel, and in light of those discussions, has elected to dismiss her claims. As a consequence, Plaintiff and her counsel respectfully request an order dismissing this action.

WE HEREBY CERTIFY that a true copy of the foregoing has been served on all counsel of record by CM/ECF filing only.

                                                      RESPECTFULLY SUBMITTED,

                                                      MARIE A. MATTOX, P.A.

_____
James Garrity [FBN: 0539211]
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL 32303
Telephone: 850-383-4800
Facsimile: 850-383-4801
COUNSEL FOR PLAINTIFF