IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABRINA WEBB,

    Plaintiff,

vs.                               CASE NO.: 4:05cv184-SPM

DASSEE COMMUNITY HEALTH
SYSTEMS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon consideration of Plaintiff's Motion for Order Dismissing Case (doc. 40) and Federal Rule of Civil Procedure 41(a)(2), it is

ORDERED AND ADJUDGED:

1.     Plaintiff's motion (doc. 40) is granted.

2.     This case is dismissed without prejudice.

DONE AND ORDERED this 9th day of May, 2006.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge